UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAKINI DEANDRE BYRD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R. T. C. GROUND,<br><br>　　　　Respondent. | ) 1:13-cv-00569 LJO GSA HC<br>)<br>) ORDER REGARDING MOTION FOR<br>) RECONSIDERATION<br>) [Doc. #22]<br>)<br>) ORDER GRANTING PETITIONER LEAVE TO<br>) FILE OBJECTION TO FINDINGS AND<br>) RECOMMENDATION<br>)<br>) ORDER DENYING SECOND MOTION FOR<br>) RECONSIDERATION<br>) [Doc. #23]<br>) |

　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　On October 29, 2013, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be denied on the merits. On December 9, 2013, the undersigned adopted the Findings and Recommendation in full and denied the petition with prejudice.

　　On January 2, 2014, Petitioner filed a motion for reconsideration pursuant to Federal Rules of Civil Procedure § 60(b). He filed the same motion for reconsideration again on April 21, 2014.

　　Rule 60(b) of the Federal Rules of Civil Procedure provides:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

1

(1) mistake, inadvertence, surprise, or excusable neglect;
(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
(4) the judgment is void;
(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
(6) any other reason that justifies relief.

Petitioner states he was unable to file objections the Magistrate Judge's Findings and Recommendation because of a mental health issue. In his declaration, he states that during the objection period he was suffering from paranoid delusions which caused him to be placed in a mental health crisis center. He declares that he was thereafter sedated with medication and unable to function at a normal level. He claims he was unable to comply with any court deadlines during this time period.

In light of Petitioner's declaration, the Court will provide Petitioner an opportunity to file his objections. The Court will reserve judgment on the motion for reconsideration until such time as the objections are considered. Petitioner's second motion for reconsideration is merely a duplicate of the first, and therefore, it will be denied.

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner is GRANTED thirty (30) days from the date of service of this order to file his objections;

2) Respondent MAY FILE a reply to the objections within fourteen (14) days of the date of service of the objections;

3) Petitioner's second motion for reconsideration [Doc. #23] is DENIED.

IT IS SO ORDERED.

Dated:   **April 29, 2014**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

2