UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAKINI DEANDRE BYRD, | 1:13-cv-00569 LJO GSA HC |
| Petitioner, | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| v. | [ECF #26] |
| R. T. C. GROUND, | ORDER DIRECTING CLERK OF COURT TO RE-SERVE FINDINGS AND RECOMMENDATION |
| Respondent. | [ECF #19] ON PETITIONER |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 29, 2013, the undersigned issued a Findings and Recommendation that recommended the petition be denied on the merits. On December 9, 2013, the District Judge adopted the Findings and Recommendation in full and denied the petition with prejudice.

On January 2, 2014, Petitioner filed a motion for reconsideration pursuant to Federal Rules of Civil Procedure § 60(b). He filed the same motion for reconsideration again on April 21, 2014.

Rule 60(b) of the Federal Rules of Civil Procedure provides:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
> (1) mistake, inadvertence, surprise, or excusable neglect;
> (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
> (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

1

    (4) the judgment is void;
    (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
    (6) any other reason that justifies relief.

On April 30, 2014, the Court granted Petitioner thirty (30) days to file objections. On June 4, 2014, Petitioner filed a motion requesting an extension of time. He further states he is without a copy of the Court's Findings and Recommendation.

Good cause having been presented, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Petitioner is GRANTED thirty (30) days from the date of service of this order to file objections, and the Clerk of Court is DIRECTED to re-serve a copy of the Findings and Recommendation [ECF No. 19] on Petitioner.

IT IS SO ORDERED.

Dated:  **June 4, 2014**      **/s/ Gary S. Austin**
                UNITED STATES MAGISTRATE JUDGE