1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11   YAKINI DEANDRE BYRD,                    )   1:13-cv-00569 LJO GSA HC
                                             )
12                 Petitioner,               )   ORDER DENYING MOTION FOR
                                             )   RECONSIDERATION
13                                           )   [ECF No. 22]
                                             )
14            v.                             )   ORDER DENYING MOTION FOR CERTIFICATE
                                             )   OF APPEALABILITY
15                                           )   [ECF No. 32]
                                             )
16   R. T. C. GROUND,                        )
                                             )
17                 Respondent.               )
                                             )
18   _____  )

19          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

20   pursuant to 28 U.S.C. § 2254.

21          On October 29, 2013, the Magistrate Judge issued a Findings and Recommendation that

22   recommended the petition be denied on the merits.  On December 9, 2013, the undersigned adopted

23   the Findings and Recommendation in full and denied the petition with prejudice.

24          On January 2, 2014, Petitioner filed a motion for reconsideration pursuant to Federal Rules of

25   Civil Procedure § 60(b).  As grounds for his motion, he stated he was unable to file objections the

26   Magistrate Judge's Findings and Recommendation because of a mental health issue.  In light of

27

28

                                           1

1    Petitioner's alleged difficulties, the Court granted Petitioner an opportunity to file his objections and

2    reserved judgment on the motion for reconsideration until the objections could be considered.

3            On July 3, 2014, Petitioner filed objections.  Rule 60(b) of the Federal Rules of Civil

4    Procedure provides:

5            On motion and just terms, the court may relieve a party or its legal representative from a final
             judgment, order, or proceeding for the following reasons:

6

7                    (1) mistake, inadvertence, surprise, or excusable neglect;
                     (2) newly discovered evidence that, with reasonable diligence, could not
                             have been discovered in time to move for a new trial under Rule 59(b);
8                    (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or
                             misconduct by an opposing party;
9                    (4) the judgment is void;
                     (5) the judgment has been satisfied, released, or discharged; it is based on an earlier
10                           judgment that has been reversed or vacated; or applying it prospectively is no
                             longer equitable; or
11                   (6) any other reason that justifies relief.

12   The Court has considered Petitioner's objections.  The Court concludes that the Magistrate Judge's

13   Findings and Recommendations are correct, and there is no need to modify them based on Petitioner's

14   objections.  Petitioner's objections do not merit reconsideration.

15           On July 3, 2014, Petitioner also filed a motion for certificate of appealability.  However, the

16   Court declined to issue a certificate of appealability in its order denying the petition.  For the same

17   reasons stated therein, Petitioner's motion is denied.

18                                             **ORDER**

19           Accordingly, IT IS HEREBY ORDERED:

20           1) Petitioner's motion for reconsideration is DENIED; and

21           2) Petitioner's motion for certificate of appealability is DENIED.

22   IT IS SO ORDERED.

23       Dated:   **August 6, 2014**                    **/s/ Lawrence J. O'Neill**

24                                             UNITED STATES DISTRICT JUDGE

25

26

27

28

                                                 2